## United States District Court for the Northern District of Illinois

Case Number: 08CV4677         Assigned/Issued By: DAJ

Judge Name: ST.EVE            Designated Magistrate Judge: COX

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP          [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                       Receipt #: 3027966

Date Payment Rec'd: 08/18/08              Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
         (Type of Writ)

2 Original and 0 copies on 08/18/08 as to DEF'S.
                          (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05